UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GRANT BIRCHMEIER, STEPHEN PARKES,
and REGINA STONE, on behalf of
themselves and a class of others similarly
situated,

    Plaintiffs,

v.                                                      Case No.  6:14-mc-13-Orl-41TBS

CARIBBEAN CRUISE LINE, INC.,
ECONOMIC STRATEGY GROUP,
ECONOMIC STRATEGY GROUP, INC.,
ECONOMIC STRATEGY. LLC, THE
BERKLEY GROUP, INC., anD VACATION
OWNERSHIP MARKETING TOURS, INC.,

    Defendants.

_____

## REPORT AND RECOMMENDATION

Plaintiffs are prosecuting an action against Defendants in the United States District Court for the Northern District of Illinois.  (Doc. 1 at 2).  Darren Robb is a non-party witness in the case.  (Id.).  Plaintiffs served Robb at his home in Orange County, Florida with a subpoena to produce documents by no later than September 23, 2013.  (Doc. 1-1 at 18-39).  When Robb failed to comply with the subpoena, Plaintiffs instituted this action to compel the production and for an order to show cause.  (Doc. 1).  This Court issued an Order to Show Cause to Robb commanding him to show cause why he should not be held in contempt for failing to comply with the subpoena.  (Doc. 4).  Robb received the Order to Show Cause and engaged counsel who filed a response on his behalf.  (Doc. 12).  Plaintiffs report that after Robb received the Order

to Show Cause he produced the documents and sat for deposition.  (Doc. 19 at 2).  Now, Plaintiffs request the Court dismiss this action without prejudice to their right to reinstate the action should they discover that Robb has intentionally withheld information in his possession that is relevant to the subpoena.  (Id., at 3).  Robb has not filed a response in opposition and the time for doing so has passed.

It appearing that the subpoena has been complied with, and no party having objected to the dismissal of this action, I recommend the Court: (1) TERMINATE any pending motions; (2) DISMISS this action without prejudice, with each party to bear its own attorney's fees and costs; and (3) direct the Clerk to CLOSE the file.

Specific written objections may be filed in accordance with 28 U.S.C. § 636, and M.D. FLA. R. 6.02, within fourteen (14) days after service of this report and recommendation.  Failure to file timely objections shall bar the party from a de novo determination by a district judge and from attacking factual findings on appeal.

RESPECTFULLY RECOMMENDED in Orlando, Florida on July 21, 2013.

*[signature]*
THOMAS B. SMITH
United States Magistrate Judge

Copies to:

    Presiding United States District Judge
    All Counsel of Record

-2-