UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**GRANT BIRCHMEIER, STEPHEN PARKES and REGINA STONE,**

    **Plaintiffs,**

**v.**            **Case No: 6:14-mc-13-Orl-41TBS**

**CARIBBEAN CRUISE LINE, INC.,
ECONOMIC STRATEGY GROUP,
ECONOMIC STRATEGY GROUP, INC.,
ECONOMIC STRATEGY, LLC, THE
BERKLEY GROUP, INC. and
VACATION OWNERSHIP MARKETING
TOURS, INC.,**

    **Defendants.**

## ORDER

This cause is before the Court upon review of the Status Report (Doc. 19) filed on July 1, 2014, wherein Plaintiffs request that this action be dismissed without prejudice. The United States Magistrate Judge has submitted a report recommending that the requested relief be granted. (Doc. 21).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 21, 2014 (Doc. 21), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

   2. This case is **DISMISSED without prejudice**, with each party to bear its own attorney's fees and costs.

   3. To the extent that the Motion to Compel (Doc. 1) was not addressed by the Order to Show Cause (Doc. 4), it is **DENIED as moot** and the Clerk is directed to close this file.

  **DONE** and **ORDERED** in Chambers, Orlando, Florida on August 13, 2014.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record